IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| JANETTE SHUFORD MOSS, ) | Case Number: 14-30545 |
| Debtor. ) | |

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION

### DEBTOR'S OBJECTION TO PROOF OF CLAIM #8 FILED BY CERASTES, LLC

Comes now the Debtor, by and through undersigned counsel, and objects to Proof of Claim #8 filed by Cerastes, LLC. As cause thereof, Debtor shows unto the Court the following:

1. On May 9, 2014, Cerastes, LLC, filed Proof of Claim #8 in the amount of $400.00 for a debt allegedly incurred by Debtor.

2. Cerastes, LLC, is a collection agency. Proof of Claim #8 does not clearly reflect who the original creditor is and does not provide any supporting documents regarding the debt.

3. Debtor states she does not owe this debt and Proof of Claim #8 should be disallowed.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that this Honorable Court issue an order disallowing Proof of Claim #8 filed by Cerastes, LLC, and for such other, further and different relief Debtor may be shown to be entitled.

Respectfully submitted this the 11th day of February, 2015.

    /s/ Paul D. Esco
PAUL D. ESCO   ASB-3772-O61P
Attorney for Debtors

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
547 South Lawrence Street
Montgomery, Alabama 36104
(334) 832-9100
(334) 832-4527 {fax}
Email: paul.esco@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served electronically or by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on this the 11th day of February, 2015 upon the following:

Cerastes, LLC
℅ Weinstein, Pinson and Riley, PS
2001 Western Avenue; Suite 400
Seattle, WA 98124-3978

Curtis C. Reding
Chapter 13 Trustee
(via electronic filing)

                                          /s/ Paul D. Esco